**INLAND STEEL CO., Appellant, v. William M. COOK et al., Appellees.**

Court of Appeals of Kentucky.

Oct. 16, 1953.

J. Woodford Howard, Fred J. Francis, Prestonsburg, for appellant.

PER CURIAM.

The judgment confirms an order of the Workman's Compensation Board overruling a motion of the appellant to modify an award, the aggregate of which is less than $2,500. After considering the merits of the case, the Court overrules the motion for an appeal, and the judgment stands affirmed.